DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHAYLA YVONNE COLLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0619

_____

October 29, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.


PER CURIAM.

     Affirmed.

NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.